UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM HLUSHMANUK, :
    Petitioner, :
: No. 1:17-cv-01014
v. :
: (Judge Kane)
BALTAZAR, et al., :
    Respondents :

## ORDER

**AND NOW**, this 3rd day of August 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's second or successive petition for a writ of habeas corpus (Doc. No. 1), is **DISMISSED** for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(2), without prejudice to the Petitioner's right to seek pre-authorization from the Third Circuit under 28 U.S.C. § 2244(b)(3);

2. No certificate of appealability shall issue, see 28 U.S.C. § 2253(c); and

3. The Clerk of Court is directed to **CLOSE** this case.

                                      s/Yvette Kane
                                      Yvette Kane, District Judge
                                      United States District Court
                                      Middle District of Pennsylvania